1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

9  RGN-SEATTLE XVII, LLC,

10          Plaintiff,

11      v.

12  A&D PARTNERS, LLC and THE BANK OF
    NEW YORK MELLON CORPORATION,
13
            Defendants.
14

Case No. 2:20-cv-01025-RSL

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

15
16
17
18
19
20
21
22
23
24
25
26

| STIPULATION AND ORDER EXTENDING DEADLINE | DLA Piper LLP (US) |
| TO RESPOND TO COMPLAINT | 701 Fifth Avenue, Suite 6900 |
| Case No. 2:20-cv-01025-RSL | Seattle, WA  98104-7029 \| Tel: 206.839.4800 |

## **STIPULATION**

The parties hereby stipulate to and request a 10-day extension for Defendant The Bank of New York Mellon Corporation's ("BNY Mellon") deadline to respond to the First Amended Complaint, to Monday, August 31, 2020.

Counsel for Plaintiff and BNY Mellon have conferred in good faith and the parties' stipulation will not delay this proceeding or cause prejudice to any party.

Accordingly, subject to the Court's approval, the parties agree as follows: Defendant BNY Mellon will file/serve a response to the First Amended Complaint no later than Monday, August 31, 2020.

Dated this 20th day of August, 2020.

| CARNEY BADLEY SPELLMAN | DLA PIPER LLP (US) |
|---|---|
| *s/ Kenneth W. Hart (with permission)* | *s/ Anthony Todaro* |
| Kenneth W. Hart, WSBA No. 14411<br>Scott Weaver, WSBA No. 29267<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington  98104<br>Tel:   206.622.8020<br>E-mail:  hart@carneylaw.com<br>E-mail:  weaver@carneylaw.com | Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington  98104-7029<br>Tel:   206.839.4800<br>Fax:   206.839.4801<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail:  austin.rainwater@us.dlapiper.com |
| AND | *Attorneys for Defendant*<br>*The Bank of New York Mellon Corporation* |
| Eric Pinker, admitted *pro hac vice*<br>Greg A. Brassfield, admitted *pro hac vice*<br>LYNN PINKER HURST SCHWEGMANN<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas  75201<br>Tel:   214.981.3837<br>E-mail:  epinker@lynnllp.com<br>E-mail:  gbrassfield@lynnllp.com | |

*Attorneys for Plaintiff RGN-Seattle XVII, LLC*

STIPULATION AND ORDER EXTENDING DEADLINE  
TO RESPOND TO COMPLAINT - 1  
Case No. 2:20-cv-01025-RSL

DLA Piper LLP (US)  
701 Fifth Avenue, Suite 6900  
Seattle, WA  98104-7029 | Tel: 206.839.4800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

It is so ORDERED.

Dated this 21st day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 2
Case No. 2:20-cv-01025-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800