The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RGN-SEATTLE XVII, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>A&D PARTNERS, LLC and THE BANK OF NEW YORK MELLON CORPORATION,<br><br>    Defendants. | Case No. 2:20-cv-01025-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

## **STIPULATION**

The parties hereby stipulate to and request a 30-day extension for Defendant The Bank of New York Mellon Corporation's ("BNY Mellon") deadline to respond to the First Amended Complaint, to Thursday, October 1, 2020.

Counsel for Plaintiff and BNY Mellon have conferred in good faith and the parties' stipulation will not delay this proceeding or cause prejudice to any party. Additionally, necessary decision-makers whose input will be necessary for a response are on pre-planned vacations.

Accordingly, subject to the Court's approval, the parties agree as follows: Defendant BNY Mellon will file/serve a response to the First Amended Complaint no later than Thursday, October 1, 2020.

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 1
Case No. 2:20-cv-01025-RSL

LYNN PINKER HURST SCHWEGMANN
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800

Dated this 31st day of August, 2020.

| CARNEY BADLEY SPELLMAN<br><br>*s/ Gregory A. Brassfield*<br>Eric Pinker, admitted *pro hac vice*<br>Greg A. Brassfield, admitted *pro hac vice*<br>LYNN PINKER HURST SCHWEGMANN<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas  75201<br>Tel:     214.981.3837<br>E-mail:  epinker@lynnllp.com<br>E-mail:  gbrassfield@lynnllp.com<br><br>AND<br><br>Kenneth W. Hart, WSBA No. 14411<br>Scott Weaver, WSBA No. 29267<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington  98104<br>Tel:     206.622.8020<br>E-mail:  hart@carneylaw.com<br>E-mail:  weaver@carneylaw.com<br><br>*Attorneys for Plaintiff RGN-Seattle XVII, LLC* | DLA PIPER LLP (US)<br><br>*s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>Austin Rainwater, WSBA No. 41904<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington  98104-7029<br>Tel:     206.839.4800<br>Fax:     206.839.4801<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail:  austin.rainwater@us.dlapiper.com<br><br>*Attorneys for Defendant*<br>*The Bank of New York Mellon Corporation* |
|---|---|

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 2
Case No. 2:20-cv-01025-RSL

LYNN PINKER HURST SCHWEGMANN
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800

**ORDER**

It is so ORDERED.

Dated this 1st day of September, 2020.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT - 3
Case No. 2:20-cv-01025-RSL

**LYNN PINKER HURST SCHWEGMANN**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800