UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RGN-SEATTLE XVII, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A&D PARTNERS, LLC and THE BANK OF NEW YORK MELLON CORPORATION,<br><br>　　　　　Defendants. | NO. 2:20-CV-01025<br><br>ORDER OF DISMISSAL |

## ORDER

Pursuant to the Parties Joint Stipulation and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure Plaintiff RGN-Seattle XVII, LLC and Defendants A&D Partners, LLC and The Bank of New York Mellon Corporation are hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated this 12th day of February, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1

LYNN PINKER HURST &
SCHWEGMANN
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3836